UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SALEEM ESTREMERA,

Plaintiff,

v.

SOCIAL SECURITY OFFICE, et al.,

Defendants.

Case No.: 2:23-cv-01714-CDS-BNW

**ORDER**

(ECF No. 4)

On October 26, 2023, this Court ordered pro se plaintiff Saleem Estremera, an inmate at Clark County Detention Center, to either pay the full $402 filing fee for a civil action or file a fully complete application to proceed *in forma pauperis* by December 27, 2023. (ECF No. 3). Before that deadline expired, Plaintiff filed an application to proceed *in forma pauperis* that is incomplete because Plaintiff did not submit a trust fund account statement for the previous six-month period with it, and the financial certificate Plaintiff submitted does not appear to have been completed by a prison or jail official. (ECF No. 4). Based on the information provided in the financial certificate, it appears that Plaintiff has sufficient funds to pay the full $402 filing fee. (*Id.* at 4). But considering that the application is not complete, the Court grants Plaintiff a final extension of time to either file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee.

It is therefore ordered that the incomplete application to proceed *in forma pauperis* (ECF No. 4) is denied without prejudice.

It is further ordered that Plaintiff has **until February 5, 2024**, to either pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to

refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

      The Clerk of the Court is directed to send Plaintiff Saleem Estremera the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

      DATED THIS 3rd day of January 2024.

_____
UNITED STATES MAGISTRATE JUDGE